`IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFF LIMBERG,

              Plaintiff,

   v.

                                       Case No. 21-cv-189-bbc

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

              Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Kilolo Kijakazi, Acting Commissioner of Social Security against plaintiff Jeff

Limberg affirming the Commissioner's decision and dismissing this case.


| s/ K. Frederickson, Deputy Clerk | 2/10/2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |